PROB 12C (Filed with U.S. Court Clerk)
(12/04)

# United States District Court
## for the
## Western District of New York
## Amended Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Richard Dukes  **Case Number:** 6:02-CR-6010

**Name of Sentencing Judicial Officer:**  Honorable David G. Larimer, U.S. District Judge

**Date of Original Sentence:**  November 27, 2002

**Original Offense:**  Count 1: Possession of a Firearm in Furtherance of a Drug Trafficking Crime
Count 2: Possession of 5 Grams or More of Cocaine Base with Intent to Distribute

**Original Sentence:**  Custody of Bureau of Prisons for Sixty (60) months on Count 1 and Twenty-four (24) months on Count 2, to run consecutively, for a total of Eighty-four (84) months

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** February 13, 2009

**Asst. U.S. Attorney:** Bret A. Puscheck  **Defense Attorney:** Robert G. Smith

## PETITIONING THE COURT

☒ Summons already issued.  To be filed.

The probation officer believes that the offender has violated the following condition(s) of supervision: On April 5, 2010, the offender admitted to federal authorities that he left the Western District of New York without permission. Subsequently, on April 19, 2010, this officer presented the offender with a Request to Modifying the Conditions or Term of Supervision. On April 22, 2010, after consulting with his attorney, the offender elected not to sign the modification.

| Violation Number | Nature of Noncompliance |
|---|---|
| 1/Standard Condition | **The defendant shall not leave the judicial district without the permission of the Court or probation officer.**<br><br>**Details:** On April 5, 2010, Richard Dukes met with U.S. Postal Inspector Anthony Ramirez and IRS Agent Cris Paul, both of the Northern District of Ohio. The offender is currently under investigation for fraud after depositing large amounts of money in a Cleveland, Ohio bank. These charges are pending the Northern District of Ohio's U.S. Attorneys office legal action.<br><br>In the course of this discussion with U.S. Postal Inspector Anthony Ramirez and IRS Agent Cris Paul, Richard Dukes admitted being in Cleveland, Ohio on at least two different occasions without permission. |
| 2/Standard Condition | **The defendant shall not leave the judicial district without the permission of the Court or probation officer.**<br><br>**Details:** On May 3, 2010, the U.S. Probation Office received a telephone call from the Camden County Georgia Police Department advising that the defendant was pulled over and ticketed for speeding. At this time, the defendant was driving a Nissan Murano with New York State tag # THEDIVA. He was stopped while at mile marker #6 heading northbound on I-95, located in the Southern most part of Georgia coming out of Florida.. |

At no time did the defendant have permission to leave the Western District of New York.

**3/Standard Condition**    **The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.**

**Details:** The defendant has not notified this probation officer of his contact with the Camden County Georgia Police Department.

U.S. Probation Officer Recommendation:

The term of supervision should be:

☒ Revoked

☐ Extended for year(s), for a total term of years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 5, 2010

Nathan G. Bradley  
U.S. Probation Officer

Reviewed and Approved:

David W. Bovard  
Deputy Chief U.S. Probation Officer

THE COURT ORDERS

☐ No Action  
☐ The Issuance of a Warrant  
☐ The Issuance of a Summons  
☐ Other

Signature of Judicial Officer

May 11, 2010  
Date